```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  MICHELLE NAM
    Certified Law Student
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7

 8  Attorney for Defendant
    KARAPET MELIKIAN
 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14  UNITED STATES OF AMERICA,      )  No. Mag. 13-205 AC
                                   )
15              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED]
16       v.                        )  ORDER TO CONTINUE BENCH
                                   )  TRIAL
17  KARAPET MELIKIAN,              )
                                   )  Date: November 14, 2013
18              Defendant.         )  Time: 9:00 a.m.
                                   )  Judge: Hon. Allison Claire
19  _____ )

20

21       IT IS HEREBY STIPULATED between the parties through their

22  respective counsel, Ashwin Janakiram, Special Assistant United States

23  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24  attorney for KARAPET MELIKIAN, that the Court vacate the bench trial

25  set for September 5, 2013 at 9:00 a.m. and set a bench trial on

26  November 14, 2013 at 9:00 a.m. The reasons for the continuance are that

27  / / /

28  / / /
```

defense counsel needs additional time to conduct further investigation in this case and consult with the client.

Dated: August 29, 2013

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

/s/ Linda C. Harter  
LINDA C. HARTER  
Chief Assistant Federal Defender  
Attorney for Defendant  
KARAPET MELIKIAN

Dated: August 29, 2013

BENJAMIN B. WAGNER  
United States Attorney

Linda C. Harter for  
ASHWIN JANAKIRAM  
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 3, 2013

ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                    -2-