HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LINDA C. HARTER, Bar # 179741
Chief Assistant Federal Defender
ALEX BUGESCU
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
KARAPET MELIKIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Mag. 13-205 AC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL |
| v. | ) | |
| KARAPET MELIKIAN, | ) | Date: January 9, 2014<br>Time: 9:00 a.m.<br>Judge: Honorable Allison Claire |
| Defendant. | ) | |

　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for KARAPET MELIKIAN, that the court vacate the bench trial set for November 14, 2013 at 9:00 a.m. and set a bench trial on January 9, 2014 at 9:00 a.m. The reasons for the continuance are that defense counsel needs additional time to conduct further investigation in this case and consult with the client.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to Continue Bench Trial   -1-

DATED: October 31, 2013                Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        KARAPET MELIKIAN


DATED: October 31, 2013                BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/* Linda C. Harter for
                                        ASHWIN JANAKIRAM
                                        Special Assistant United States Attorney


                                                  **O R D E R**

IT IS SO ORDERED.


DATED: October 31, 2013                _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE