BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-MJ-00205-AC |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO DISMISS |
| v. | ) |
| KARAPET MELIKIAN, | ) DATE:  January 9, 2014 |
| | ) TIME:  9:00 a.m. |
| Defendant. | ) JUDGE: Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the Information in Case Number 2:13-MJ-00205-AC is GRANTED.

IT IS SO ORDERED.

Dated: January 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order re: Motion to Dismiss        1